## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:

RENICK C. WILLIAM and
BETTY P. WILLIAMS, husband and wife,   BANKRUPTCY CASE NO.: 2:19-bk-00787
                                       CHAPTER 7
and

ROBERT R. WILLIAMS
                Plaintiffs,            ADV. PROC. NO..: 21-2:21-ap-00006

v.

PANTHERA ENTERPRISES LLC,
                Defendant/Debtor.

### NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Comes now the Plaintiffs, Renick C. Williams, Betty P. Williams, his wife, and Robert R. Williams, by and through their attorney, James E. Smith, II, Esq. and pursuant to Rule 7041 of the Federal Rules of the Bankruptcy Procedure and Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure would request the Clerk of this Court to dismiss the above entitled action without a Court Order, inasmuch as neither the Defendant nor any other party has filed a responsive pleading regarding the allocations within the Plaintiff's Complaint.  Moreover, the core matter in dispute has been resolved by prior Order of Court in the case of: In RE: Panthera Enterprises, LLC, Debtor. Bankruptcy Case No.: 2:19-bk-00787, Chapter 7.

                                          RENICK C. WILLIAM and BETTY P.
WILLIAMS, husband and wife ROBERT R.
WILLIAMS, PLAINTIFFS, BY COUNSEL

_____
James E. Smith II, Esquire
West Virginia Supreme Court I. D. No.: 5447
122 East Street; P.O. Box 127
Keyser, WV  26726
304.788.3478; 301.786.7201
attjes2esq@gmail.com
Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

I, James E. Smith, II, Esquire, a practicing attorney, do hereby certify that on the 23rd day of July, 2021, I served the foregoing Notice of Voluntary Dismissal of Adversary Proceeding by electronic filing via CM/ECF with the Clerk of Court, which will send notification of such filing to all interested parties and creditors having entered their appearance herein, as well as by Electronic Mail transmission to the following:

Via Email:

Kelly T. Smith, ksmith@sek.com
Jack Lantzy, jlantzy@sek.com
Mark A. Lindsay, mlindsay@bernsteinlaw.com
Rob Duncan, tarpon777@yahoo.com
Rob Duncan as manager of TR&L, tkelsey@woodsrogers.com
Bruce and Stacie Hardy, bsrhardy@comcast.neyt


CM/ECF

Debra Lee Allen, dallen@splimanlaw.com
Aaron C. Amore, aaron@amorelaw.com,
jackie@amorelaw.com;c.ar7027@notify.bestcase.com;alaina@amorelaw.com Aaron C. Amore, amorewvt@gmail.com
aca@trustesolutions.net.jackiewvt@gmail.com;annwvt@gmail.com
Robert S. Bernstein, rbernstein@bernsteinlaw.com,
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;rbernstein@ecf.courtdrive.com
Elizabeth B. Carroll, elizabeth_carroll@vawb.uscourts.gov
Julia A. Chincheck, jchincheck@bowlesrice.com
Spencer D. Elliott, selliott@lgcr.com
Douglas Kahle, dkahle@basnightkinser.com
Gary O. Kinder, gary.o.kinder@usdoj.gov
Travis Alan Knobbe, tknobbe@spilmanlaw.com, dambrose@spilmanlaw.com
Sabrina B. Lee, sabrina_lee@vawb.uscourts.gov

William J. Leon, jayleon@comcast.net

Salene Rae Mazur Kraemer, skraemer@bernsteinlaw.com, salen@ecf.courtdrive.com

John J. Richardson, jrichardson@bernsteinlaw.com

Zachary James Rosencrance, arosencrane@bowlesrice.com, ajones@bowlesrice.com

Anita M. Swaton, Anita_Swaton@wvnb.uscourts.gov

United States Trustee, ustpregion04.ct.ecf@usdoj.gov

Eric Michael Wilson, eric.m.wilson@wv.gov, lora.l.rutledge@wv.gov

Manual Notice List

Notice was not mailed to be parties below as no addresses were provided.   To the extend the Trustee has email addresses the below notice parties, they were emailed.

Rob Duncan

Manager/Duncan Development Group, LLC

Rob Duncan

Manager/TR&L, LLC,

a Virginia Limited Liability Company

Successor to SMI, LLC,

A Virginia Limited Liability Company

Bruce Hardy; Stacie Hardy; Anthony McLntyre; Timothy Miller

_____
James E. Smith, II, Esq.
Counsel for the Plaintiffs